IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TOP OF THE HILL, LLC**     **PLAINTIFF**

**VERSUS**     **CAUSE NO.:1:19-cv-392-HSO-JCG**

**PEARL RIVER COUNTY, MISSISSIPPI**     **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINES**

      **COMES NOW** the Plaintiff, Top of the Hill, LLC ("TOTH"), by and through its attorneys of record, and files this, its *Unopposed Motion for Extension of Deadlines* and in support thereof would show unto the Court as follows:

1. On September 13, 2019, the Court entered its Case Management Order [Doc. 11] setting forth the following deadlines for the parties to designate experts:

    Plaintiff:     November 13, 2019

    Defendant:     December 13, 2019

2. Further, the Case Management Order set the deadlines for discovery and dispositive/Daubert motions:

    Discovery:     March 13, 2020

    Motions:     March 27, 2020.

2. Plaintiff requests a two (2) month extension to designate its experts until January 13, 2020 and by the same extension, allowing Defendant until February 13, 2020 to designate its experts.

3. Because of the requested extension for experts, Plaintiff requests that the discovery and motion deadlines also be extended two (2) months setting the deadline for discovery to be

completed on May 13, 2020 and the deadline for filing motions for May 27, 2020.

4. Prior to filing the instant motion, Plaintiff's counsel conferred in good faith with counsel for Defendant and Defendant's counsel represented that she would not oppose the instant motion.

5. The requested extension will not prejudice any Party. This matter is not set for trial until April 5, 2021.

6. Due to the simple nature of this Motion, Plaintiff requests that it be relieved of the requirement to file a memorandum in support as required by L.U.Civ.R. 7(b)(4).

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that its *Unopposed Motion for Extension of Deadlines* be granted and that the Case Management Order deadlines be extended to the following dates:

(1) Plaintiff's Expert Designation: January 13, 2020;

(2) Defendant's Expert Designation: February 13, 2020;

(3) Discovery Deadline: May 13, 2020; and

(4) Dispositive/*Daubert* Motion Deadline: May 27, 2020.

Respectfully submitted this the 16th day of October, 2019.

        **TOP OF THE HILL, LLC,**
        **Plaintiff**

        /s/ *Samuel S. McHard*
        SAMUEL S. McHARD, MSB #100295

SAMUEL S. McHARD, MSB #100295
NICHOLAS A. PUCKETT, MSB#105599
P. MANION ANDERSON, MSB #104250
McHARD, McHARD, ANDERSON & ASSOCIATES, PLLC
140 MAYFAIR ROAD, SUITE 1500
HATTIESBURG, MS 39402
T: 601-450-1715
F: 601-450-1719

E:	manderson@mchardlaw.com
smchard@mchardlaw.com

### CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has bene forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

>William R. Allen, Esq.
>Jessica S. Malone, Esq.
>Allen, Allen, Breeland & Allen, PLLC
>P.O. Box 751
>Brookhaven, MS 39602-0751
>Email: wallen@aabalegal.com  Jmalone@aabalegal.com

This the 16th day of October, 2019.

>/s/ *Samuel S. McHard*
>COUNSEL OF RECORD